**2023-1917, 2023-1918 and 2023-1919**

# United States Court of Appeals for the Federal Circuit

QUANTIFICARE S.A.,

*Appellant,*

– v. –

CANFIELD SCIENTIFIC, INC.,

*Appellee.*

*On Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01511, IPR2021-01518, IPR2021-01519*

## NOTICE OF CORRECTED BRIEF FOR APPELLANT QUANTIFICARE S.A.

MARK D. GIARRATANA
KEVIN REINER
MCCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
(860) 275-6700
mgiarratana@mccarter.com

*Counsel for Appellant*

ME1 45985587v.1

Appellant QuantifiCare S.A. ("QuantifiCare") filed its principal Brief with this Court via the CM/ECF system in the above captioned appeals on August 28, 2023. On September 7, 2023, QuantifiCare received a Notice of Non-Compliance from the Court. QuantifiCare has made the following changes in its Corrected Brief in accordance with the Notice of Non-Compliance: QuantifiCare has replaced the three Certificates of Interest filed in its original brief with a single Certificate of Service.

QuantifiCare submits that this change, and QuantifiCare's updating the cover of the brief to indicate that it is a corrected brief and executing an updated certificate of service and an updated Certificate of Compliance pursuant to Federal Rule of Appellate Procedure 32(g) and Federal Circuit Rule 32(b)(3), are the only changes made to the originally-filed brief. QuantifiCare submits that the changes are non-substantive and do not substantively alter QuantifiCare presentation of the law, the factual issues or arguments in the brief. The filing of the Corrected Brief is not believed to impact any future scheduling. Entry of the Corrected Brief, filed concurrently herewith, is respectfully requested.

Dated: September 11, 2023          McCARTER & ENGLISH, LLP

/s/ Mark D. Giarratana
Mark D. Giarratana
Kevin L. Reiner
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
*mgiarratana@mccarter.com*
*kreiner@mccarter.com*

*Attorneys for Patent Owner-Appellant QuantifiCare S.A.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, a true and correct copy of the foregoing

NOTICE OF CORRECTED BRIEF FOR APPELLANT QUANTIFICARE S.A.

is being filed and served on all counsel of record using the court's CM/ECF system.

| | |
|---|---|
| Dated: September 11, 2023 | /s/ Mark D. Giarratana<br>Mark D. Giarratana<br>McCARTER & ENGLISH, LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103<br>Tel: (860) 275-6700<br>Fax: (860) 724-3397<br>Email: kreiner@mccarter.com<br><br>*Attorneys for Patent Owner-Appellant QuantifiCare S.A.* |