**2023-1917, 2023-1918 and 2023-1919**

# United States Court of Appeals for the Federal Circuit

QUANTIFICARE S.A.,

*Appellant,*

– v. –

CANFIELD SCIENTIFIC, INC.,

*Appellee.*

*On Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01511, IPR2021-01518, IPR2021-01519*

**APPELLANT QUANTIFICARE S.A.'S CERTIFICATE OF COMPLIANCE UNDER FED. CIR. R. 25.1(c)(2)(A)**

MARK D. GIARRATANA
KEVIN REINER
MCCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
(860) 275-6700
mgiarratana@mccarter.com

*Counsel for Appellant*

Pursuant to Fed. Cir. R. 25.1(c)(2)(A), Appellant QuantifiCare S.A. certifies, through its counsel, that QuantifiCare S.A. is in compliance with Fed. Cir. R. 25.1.

| | |
|---|---|
| Dated: March 19, 2024 | McCARTER & ENGLISH, LLP |

/s/ Kevin L. Reiner
Mark D. Giarratana
Kevin L. Reiner
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
*mgiarratana@mccarter.com*
*kreiner@mccarter.com*

*Attorneys for Patent Owner-Appellant QuantifiCare S.A.*