

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

March 20, 2024

2023-1917 - QuantifiCare S.A. v. Canfield Scientific, Inc.

# NOTICE OF NON-COMPLIANCE

The document Appendix submitted by QuantifiCare S.A. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- A single filing (including individual volumes of that filing, supporting attachments, or exhibits) submitted through the court's electronic filing system must be filed and served in one event (i.e., a single entry) and must not be split across multiple entries. Refer to the court's [Electronic Filing Procedures](#) ("Portable Document Format: Document Splitting Not Permitted").

- The document was filed in an editable format or has embedded comments. All electronic filings must be flattened. Fed. R. App. P. 32(c)(2). Refer to the court's Electronic Filing Procedures ("Flattening a PDF").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: J. Phillips, Deputy Clerk